UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,                )
    Plaintiff,                    )
                                        )
vs.                               )
                                        )       CIVIL ACTION
DUANE MACEACHERN, et al.,         )       NO.04-10779-DPW
    Defendant's.                  )

## PLAINTIFF'S NOTICE OF APPEAL FROM ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

    Plaintiff, Sandy J. Battista, acting pro-se in the above entitled matter, hereby gives notice of her intent to file an [interlocutory appeal] to the First Circuit Court of Appeal's, from this Court's (Woodlock, J.) ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES, dated April 26, 2004.

Dated: 5/19/04.                    Respectfully submitted,

                                              Sandy J. Battista, #M-15930
                                              Plaintiff/Pro-se
                                              Mass. Treatment Center
                                              30 Administration Rd.
                                              Bridgewater, Mass. 02324