UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA, )
    Plaintiff, )
)
vs. ) CIVIL ACTION
) NO. 04-10779-DPW
DUANE MACEACHERN, et al., )
    Defendant's. )

## PLAINTIFF'S NOTICE OF APPEAL ON ORDER ON MOTION FOR RECONSIDERATION

Plaintiff, Sandy J. Battista, acting pro-se in the above entitled matter, hereby gives notice of her intent to file an [interlocutory appeal] to the First Circuit Court of Appeal's, from this Court's (Woodlock, J.) ORDER ON MOTION FOR RECONSIDERATION, dated May 25, 2004. 1/

Dated: 5/28/04.

Respectfully submitted,

Sandy J. Battista, #M-15930
Plaintiff/Pro-se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324

---

[1] Plaintiff's original Notice of Appeal was filed on or about 5/19/04. The Appeal's Court has since docketed plaintiff's appeal in the above-entitled matter. See Appeal's Court No. 04-1676.