UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: SANDY J. BATTISTA, Plaintiff

C.A.NO.04-10779-DPW.

AFFIDAVIT OF THE PLAINTIFF, SANDY J. BATTISTA, #M-15930

I, Sandy J. Battista, on oath deposes and states under the pains and penalties of perjury the following:

1) That I am the plaintiff in the above-entitled matter, having personal knowledge of all facts and circumstances in this action makes this affidavit in support of my motion for leave to reevaluate my financial status.

2) That despite being provided housing, food, and medical expenses, contrary to what is commonly assumed, the Department of Correction does not provide for all residents basic necessities.

3) Aside from housing, food, and medical expenses, if in-digent, the Department of Correction only provides residents with: one roll of toilet paper each week; one small kit every two weeks containing 1-disposable razor, 1-comb, 1-(1oz.) bottle of shampoo, 1-toothbrush, 1-(1.5oz.) tube of toothpaste, and 1-(½oz.) bar of soap; and once every four months with 2-prs of state issued prisoner scrubs(pants & top), 2-socks, 2-T-shirts, 2-prs. boxer shorts, and 1-pr. of slip-on canvas shoes.

4) Residents like the plaintiff, whether declared indigent or not, must provide for all other basic necessities, at their own expense, such as: any additional necessary weekly soap, toothpaste, razors, shaving creme, after shave lotion, hair

-2-

conditioner, shampoo, lotion, body powder, deodorant, dental
floss, toilet paper, paper, pens, pencils, envelopes, stamps,
jeans, underwear, socks, t-shirts, sweatpants/tops, shorts,
dress pants/shirts/shoes, sneakers, boots, sweaters, thermol
underwear(top/bottom), winter coats, pajama's, shower shoes,
bathrobe, etc..

5) The above items are not "luxuries," but are "basic nec-
essities" that are not provided to residents by the Department
of Correction. These items must be purchased by the resident at
his/her own expense, and are charged "full" street prices, des-
pite the modest $1.00 a day paid by the Department of Correction
to each resident for institutional employment.

6) Aside from the above basic necessities, residents like
the plaintiff, whether declared indigent or not, must also pro-
vide for any needed luxury items such as: T.V., Radio, Headphones,
Combination Locks, Sun Glasses, Fan, Hot Pot, external cable/-
antenna for T.V.'s, extension cord, etc.. These items, despite
being questionably "luxury items," are taken for granted by
society as 'daily' needed items, to either pass time, for re-
creational use, or even to keep up on daily news events.

7) Plaintiff is currently employed at the rate of $1.00
a day, seven days a week, and receives no other source of in-
come from either family or friends.

8) That as reflected by the attached six month computer
print-out of my current personal account, my financial status
is approximately $153.99 as of October 19, 2004.

9) On 10/21/04 I was charged 29.10 for necessary weekly

-3-

personal hygiene and legal necessities. bringing my current
financial status to $124.89.

10) The depletion of personal funds since my original
filing of the Complaint was necessary in order to provide for
myself over the course of approximately six months weekly per-
sonal hygiene supply's, legal supply's, postage, and necessary
clothing.

11) At present date, I do not have adequate funds to pay
filing fees in this action, therefore, without this court's
waiver would be forced to abandon the claims at hand.


Signed under the pains and penalties of perjury this
22nd day of October, 2004.


Sandy J. Battista, #M-15930
Plaintiff/Pro-se